January 9, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

EDWARD  LEWIS  HALEY, Appellant

NO. 14-13-01042-CR                    V.

THE STATE OF TEXAS, Appellee

_____

  This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSE**D. The Court orders the appeal **DISMISSED** in accordance with its opinion.

  We further order appellant pay all costs expended in the appeal.

  We further order this decision certified below for observance.